# The Law Office of Delmas A. Costin, Jr.
930 Grand Concourse, Suite 1F
Bronx, NY 10451

dacostin@dacostinlaw.com  Tel: (718) 618-0589
www.dacostinlaw.com  Fax: (347) 510-0099

June 7, 2021

**VIA ECF**
The Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re : Oyola et al. v. Elite Investigations, Ltd. Ltd. Et al.
Case No. 18-cv-6889.

Your Honor:

This firm represents Plaintiffs in the above referenced matter. Plaintiffs write to provide the Court with a status update. The parties reached a settlement in this matter and are currently finalizing and signing the settlement agreements. The parties request that the compliance conference currently scheduled for June 9, 2021 be adjourned *sine die* and that the parties be given until Friday, June 25, 2021 to submit the settlement agreements for court review. Defendants consent to this request. Please contact the undersigned with any questions.

Respectfully,

/s/
Delmas A. Costin, Jr.

cc: Bradley J. Bartolomeo, Esq. (Via ECF)
Jeffrey Spiegel, Esq. (Via ECF)
Peter T. Shapiro, Esq. (Via ECF)

> The June 9, 2021 conference is adjourned. The parties are directed to file their settlement agreement for the Court's review by June 25, 2021. The Clerk of Court is respectfully directed to terminate the motion. Doc. 53.
>
> So ordered.
>
> Edgardo Ramos, U.S.D.J
> Dated: 6/8/2021
> New York, New York

Court-04